**Order entered April 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00294-CV

**D MAGAZINE PARTNERS, L.P. D/B/A D MAGAZINE AND DALLAS SYMPHONY ASSOCIATION, INC. A/K/A DALLAS SYMPHONY ORCHESTRA, Appellants**

**V.**

**JOSE REYES, Appellee**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-07308**

## ORDER

We **GRANT** the April 5, 2016 unopposed motion of appellant D Magazine Partners, L.P. d/b/a D Magazine for an extension of time to file a brief and extend the time to **APRIL 25, 2016**. No further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
       JUSTICE